UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00162-D
No. 5:16-CR-00121-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RASHAAD MCGUIRE | **AMENDED ORDER** |

This matter comes before the Court on Defendant's Motion for an order permitting him to file under seal the previously filed Addendum to Sentencing Memorandum. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Defendant's Addendum to Sentencing Memorandum be filed under seal with the Clerk of Court.

SO ORDERED.

This the 16 day of May, 2017.

The Honorable James C. Dever, III
Chief, United States District Judge